The People of the State of New York ex rel. Howard Putnam, Appellant, *v.* Harold L. Palmer, as Superintendent of the Utica State Hospital, Respondent.

*People ex rel. Putnam* v. *Palmer*, 122 App. Div. 123, appeal dismissed.
(Argued November 30, 1909; decided December 17, 1909.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 15, 1907, reversing that portion of an order of Special Term which awarded costs against the defendant personally in a habeas corpus proceeding.

*George H. Bunce* for appellant.

*H. J. Cookingham, Jr.,* and *F. H. Cookingham* for respondent.

Appeal dismissed; no opinion.
Concur: Cullen, Ch. J., Gray, Edward T. Bartlett, Haight, Willard Bartlett, Hiscock and Chase, JJ.